```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 21, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re WILLIAM CURTIS WOOD,  :
:
                                      Debtor.  :     1:25-cv-5964
:
------------------------------------------------------------X     <u>ORDER</u>
:
WILLIAM CURTIS WOOD,  :
:
                                 Appellant,  :
:
        -v-  :
:
TAMARA FOX,  :
:
                                 Appellee.  :
:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed within 30 days after the docketing of notice that the record has been transmitted or is available electronically. Appellee's brief must be served and filed within 30 days after service of Appellant's brief, and Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

      SO ORDERED.

Dated: August 21, 2025

                                                                          GREGORY H. WOODS
                                                                   United States District Judge