**APPEAL, SANCTIONS**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 24–11718–dsj

*Assigned to:* Judge David S Jones
Chapter 7
Voluntary
No asset

*Date filed:* 10/02/2024
*341 meeting:* 03/04/2025
*Deadline for objecting to discharge:* 01/06/2025
*Deadline for financial mgmt. course:* 01/14/2025

*Debtor*
**William Curtis Wood**
250 W 104th Street, Apt. 61
New York, NY 10025
NEW YORK–NY
SSN / ITIN: xxx–xx–5006

represented by **Dawn Kirby**
Kirby Aisner & Curley, LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
914–401–9500
Email: dkirby@kacllp.com

*Trustee*
**Kenneth Silverman**
RIMON P. C.
Kenneth Silverman, Chapter 7 Trustee
100 Jericho Quadrangle, #300
Jericho, NY 11753
516–479–6369

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee – NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004–1408
(212) 510–0500

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 02/28/2025 | | 18 | Motion for Sanctions for Violation of Automatic Stay filed by Dawn Kirby on behalf of William Curtis Wood with hearing to be held on 3/27/2025 at 10:00 AM at Courtroom 701 (DSJ) Responses due by 2/20/2025,. (Attachments: # 1 Motion to Enforce Stay # 2 Exhibit A – Debtor's Letter # 3 Exhibit B – Ms. White's Letter # 4 Exhibit D – Debtor's Counsel's Letter # 5 Exhibit E – Contempt Decision) (Kirby, Dawn) (Entered: 02/28/2025) |
| 03/13/2025 | | 19 | Motion for Sanctions for Violation of Automatic Stay (related document(s)18) filed by Dawn Kirby on behalf of William Curtis Wood. (Kirby, Dawn) (Entered: 03/13/2025) |
| 04/03/2025 | | 23 | First Motion for Objection to Claim(s) *Objection to the Debtor's Motion for an Order* filed by Michael M. Yi on behalf of Tamara Fox. (Attachments: # 1 Exhibit 1 – Order 3–5–24 # 2 Exhibit 2 – Motion Papers re Counsel Fee Motion and Contempt Motion # 3 Exhibit 3 – |

| | | | |
|---|---|---|---|
| | | | Decision and Order 7–29–24 # 4 Exhibit 4 – Decision and Order 11–4–24 # 5 Exhibit 5 – Order to Show Cause Declined/Withdrawn 12–17–24 # 6 Exhibit 6 – Order of Reference 3–5–25 # 7 Exhibit 7 – Letter from Dawn Kirby, Esq. to Hon. Linda M. Capitti 3–17–25 # 8 Exhibit 8 – Summary of Assets and Liabilities) (Yi, Michael) (Entered: 04/03/2025) |
| 04/09/2025 | | 24 | Reply to Motion *Debtor's Reply in Further Support of Motion for Determination Tamara Fox and her Counsel Violated the Automatic Stay* (related document(s)19) filed by Dawn Kirby on behalf of William Curtis Wood. (Kirby, Dawn) (Entered: 04/09/2025) |
| 04/10/2025 | | 25 | Order Signed on 4/10/2025 Directing the Parties to Discuss Possible Consensual Resolution of Motion. (related document(s)18) (Calderon, Lynda) (Entered: 04/10/2025) |
| 04/24/2025 | | 26 | Letter *from Michael M. Yi, Esq. to Honorable David S. Jones 4–24–25* (related document(s)25) Filed by Michael M. Yi on behalf of Tamara Fox. (Yi, Michael) (Entered: 04/24/2025) |
| 05/13/2025 | | 27 | Decision on the Debtor's Motion to Enforce the Automatic Stay Signed on 5/13/2025. (related document(s)18) (Calderon, Lynda) (Entered: 05/13/2025) |
| 06/03/2025 | | 31 | Order Signed on 6/3/2025 Relating to Decision on the Debtor's Motion to Enforce the Automatic Stay Issued on May 13, 2025. (Related Doc # 18, 27) (Calderon, Lynda) (Entered: 06/03/2025) |
| 08/06/2025 | | 43 | Transcript regarding Hearing Held on 04/10/2025 At 2:00 PM RE: Motion Filed By The Debtor For An Order (I) Determining A Post–Petition State Court Order Holding The Debtor In Contempt For Failure To Pay His Spouse's Pre–Petition Attorney's Fees Is Void And Of No Effect In Violation Of The Automatic Stay; (II) Enforcing The Automatic Stay; And (III) Granting The Debtor An Award Of Damages From Violation Of The Automatic Stay.; Etc. Remote electronic access to the transcript is restricted until 11/4/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/13/2025. Statement of Redaction Request Due By 8/27/2025. Redacted Transcript Submission Due By 9/8/2025. Transcript access will be restricted through 11/4/2025. (Ramos, Jonathan) (Entered: 08/06/2025) |